## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**DAVID A. DAY,**

                Petitioner,

       **-vs-**                                        **Case No. 13-C-106**

**WILLIAM POLLARD, Warden,**
**Waupun Correctional Institution,**

                Respondent.

---

## DECISION AND ORDER

---

On January 31, 2013, the Court issued an order directing the respondent to file an answer, motion, or other response to this habeas petition within thirty days. The Clerk of Court served the Respondent, but not the Wisconsin Attorney General, with a copy of the petition or the order. Rule 4, Rules Governing Section 2254 Cases ("In every case, the clerk must serve a copy of the petition and any order on the respondent and on the attorney general or other appropriate officer of the state involved"). Therefore, the Clerk is directed to effect service of the petition and this Order on Assistant Attorney General Gregory Weber. The respondent shall file an answer, motion, or other responsive pleading on or before **April 19, 2013**.

Dated at Milwaukee, Wisconsin this 7thh day of March, 2013.

                                   **BY THE COURT:**

                                   **HON. RUDOLPH T. RANDA**
                                   **U.S. District Judge**