**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

**DAVID DAY,**

      Petitioner,

  -vs-                          Case No. 13-C-106

**WILLIAM POLLARD, Warden,
Waupun Correctional Institution,**

      Respondent.

## DECISION AND ORDER

David Day moves for relief from the Court's dismissal of his habeas petition as untimely filed. In support, Day repeats arguments regarding his attorney's negligence that the Court already rejected. A Rule 60(b) motion "is not an appropriate forum for rehashing previously rejected arguments or arguing matters that could have been heard during the pendency of the previous motion." *Karraker v. Rent-A-Center, Inc.*, 411 F.3d 831, 837 (7th Cir. 2005).

Day's motion [ECF No. 24] is **DENIED**.

Dated at Milwaukee, Wisconsin, this 27th day of February, 2014.

                                          **BY THE COURT:**

                                          */s/ Rudolph T. Randa*
                                          **HON. RUDOLPH T. RANDA
                                          U.S. District Judge**